# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**SAUK PRAIRIE CONSERVATION ALLIANCE,**

        Plaintiff,

    v.

**U.S. DEPARTMENT OF THE INTERIOR,**
**RYAN ZINKE**, *in his official capacity as Secretary of the United States Department of Interior,*
**NATIONAL PARK SERVICE,**
**MICHAEL REYNOLDS** *in his official capacity as the Director of the National Park Service*,
**U.S. GENERAL SERVICES ADMINISTRATION,**
**AND TIMOTHY O. HORNE**, *in his official capacity as Acting Administrator of the General Services Administration*,[1]

        Defendants,

    v.

**STATE OF WISCONSIN**,

        Intervenor-Defendant.

Civil Action No. 17-cv-35

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Sauk Prairie Conservation Alliance hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Order denying Plaintiff's Motion for Preliminary Injunction, entered June 26, 2017, Dkt. No. 32.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ryan Zinke and Timothy O. Horne are substituted for their predecessors in office, Sally Jewell and Denise Turner Roth, respectively.

DATED:  August 7, 2017

*s/ Brian H. Potts*
Brian H. Potts (WI Bar #1060680)*
BPotts@perkinscoie.com
Jeff J. Bowen (WI Bar #1074862)
JBowen@perkinscoie.com
Danielle S. Grant-Keane (WI Bar #1103436)
DGrantKeane@perkinscoie.com

**Perkins Coie LLP**
One East Main Street, Suite 201
Madison, WI  53703-5118
Telephone:  608.663.7460
Facsimile:  608.663.7499

*Attorneys for Plaintiff*
*Sauk Prairie Conservation Alliance*
*\*Counsel of Record*