UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**SAUK PRAIRIE CONSERVATION ALLIANCE**,

    Plaintiff,

v.

**U.S. DEPARTMENT OF THE INTERIOR**,
**RYAN ZINKE**, *in his official capacity as Secretary of the U.S. Department of Interior,*
**NATIONAL PARK SERVICE**,
**P. DANIEL SMITH**, *in his official capacity as Acting Director of the National Park Service*,
**U.S. GENERAL SERVICES ADMINISTRATION**,
and **EMILY W. MURPHY**, *in her official capacity as Administrator of the U.S. General Services Administration*,[1]

    Defendants,

**STATE OF WISCONSIN**,

    Intervenor-Defendant.

Civil Action No. 17-cv-35

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Sauk Prairie Conservation Alliance hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on May 4, 2018.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the following Defendants are substituted for their predecessors in office: Ryan Zinke for Sally Jewel, P. Daniel Smith for Michael Reynolds, and Emily W. Murphy for Denise Turner Roth.

| | |
|---|---|
| DATED: May 24, 2018 | **PERKINS COIE LLP** |

*s/ Brian H. Potts*

Brian H. Potts (WI Bar #1060680)*
BPotts@perkinscoie.com
Jeff J. Bowen (WI Bar #1074862)
JBowen@perkinscoie.com
Danielle S. Grant-Keane (WI Bar #1103436)
DGrantKeane@perkinscoie.com
One East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.663.7499

Jacob E. Aronson (CA Bar # 313353)
JAronson@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7048
Facsimile: 415.344.7050

*Attorneys for Plaintiff*
*Sauk Prairie Conservation Alliance*
*\*Counsel of Record*